AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00132 |
| ROBERT BALLESTEROS | ) Assigned to: Judge Robin M. Meriweather |
|  | ) Assign Date: 1/20/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Date of Birth: XXXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*          *Offense Description*

18 U.S.C. 1752(a)(1) and (2) - knowingly entering and remaining on restricted grounds without lawful authority and/or engaging in disorderly conduct within proximity to a restricted building to impede official functions

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Kevin Larkin, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/20/2021

*Judge's signature*

City and state: Washington, D.C.      ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*