UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Robert Ballesteros,

        Defendant

Criminal No. 21cr580

Hon. Dabney Friedrich

**Stipulation Seeking Continuance and Proposed Order**

Through their respective counsel, the parties stipulate and agree to the adjournment of the following dates:

(1) The scheduling of the plea hearing on October 28 at 11:30 a.m. The parties stipulate and agree that the amount of discovery is voluminous in this case and that the pandemic has slowed the review of evidence. The parties stipulate and agree that the necessary adjournment is necessary to finalize the plea agreement.

The parties agree and stipulate that the time between October 12, 2021 and October 28, 2021 should be excluded. The parties agree that this case is "unusual and complex" due to the number of Capitol riot defendants and the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), *see also* § 3161(h)(7)(B)(iv), and that, therefore, this time should be excluded in calculating the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the parties stipulate that this time period shall constitute excludable delay and that the ends of justice served outweigh the best interests of the defendant and the public in a speedy trial.  Defendant also waives his right to a speedy trial under the Interstate Agreement on Detainers and agrees that the time requested is reasonable and necessary.

**IT IS SO STIPULATED**.

Respectfully submitted,

Channing Phillips
Acting United States Attorney

| | |
|---|---|
| *s/ April N. Russo* | *s/ Carlos Vanegas w/permission* |
| Assistant United States Attorney | Attorney for Robert Ballesteros |
| 555 4th Street NW, Washington, D.C. | 625 Indiana Ave NW 550 |
| PA Bar No. 313475 | Washington D.C. 20004 |
| (202)-252-1717 | (202)-208-7500 |
| april.russo@usdoj.gov | |

October 12, 2021

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Criminal No. 21cr580
Hon. Dabney Friedrich

Robert Ballesteros,

        Defendant.

### ORDER EXTENDING PLEA CUT-OFF AND TRIAL DATE

This matter having come before the Court upon the stipulation of the parties, the following dates are adjourned:

- The plea cut-off and pretrial conference is adjourned to October 28, 2021.

In granting the parties' request for an adjournment, the Court finds that the ends of justice served outweigh the best interests of the defendant and the public in a speedy trial for the reasons listed in the parties' stipulation and for the following reasons:

- This case is "unusual and complex" due to the number of Capitol riot defendants and the nature of the prosecution. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), *see also* § 3161(h)(7)(B)(iv). The discovery is voluminous and involves forensic evidence.

- There is an ongoing national pandemic that has slowed the review of discovery.

Thus, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (B)(iv), the time period between October 12, 2021 and October 28, 2021 shall constitute excludable delay.

IT IS SO ORDERED.

Dated:                                          _____
                                                HONORABLE DABNEY FRIEDRICH
                                                United States District Judge