**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No.:  1:21-CR-580-DLF** |
| | : | |
| **ROBERT BALLESTEROS,** | : | |
| Defendant. | : | |

## UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF VIDEO AND PHOTOGRAPHIC EVIDENCE RE: BRIAN E. STENZ PLEA

Per this Honorable Court's November 8, 2021 Minute Order, the United States will make the following video and photographic evidence available to the Court electronically:

| Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exhibit 1 – Ballesteros Self-Recording Inside Crypt | Provided to FBI by third party witness | Video |
| 2 | Exhibit 2 – Ballesteros CCTV Surveillance | U.S. Capitol Police | CCTV video |

The Government does not object to the public release of the above-listed videos and photographs.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ *Brittany L. Reed*
        BRITTANY L. REED
        LA Bar No. 31299
        Trial Attorney, U.S. Department of Justice
        Capitol Riot Detailee
        650 Poydras Street, Ste. 1600
        New Orleans, Louisiana 70130
        Tel: (504) 680-3031
        Brittany.Reed2@usdoj.gov

## **CERTIFICATE OF SERVICE**

On March 14, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Brittany L. Reed*
BRITTANY L. REED
Trial Attorney
Capitol Riot Detailee